JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE NAGGI, | Case No: 5:21-cv-00046-KES |
| Plaintiff | [~~PROPOSED~~] JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: 9/24/2021

*Karen E. Scott*
THE HONORABLE KAREN E. SCOTT
United States Magistrate Judge

-1-